Cristina C. Arguedas (CSB 87787)
Julie A. Salamon (CSB 214298)
ARGUEDAS, CASSMAN & HEADLEY LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000
Facsimile: (510) 845-3003

*Attorneys for Alan Huey*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:09-CR-00468-01 (LKK) |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING SENTENCING DATE** |
| v. | |
| ALAN HUEY, | |
| Defendant. | |

## STIPULATION

The above matter is scheduled for judgment and sentencing on May 29, 2013. Because restitution matters relating to Mr. Huey are still being litigated, the undersigned parties agree to a continuation of the judgment and sentencing, and propose the following sentencing schedule to the Court:

| | |
|---|---|
| Judgment and Sentencing Date: | August 13, 2013 |
| Reply to Motion to Correct the Presentence Report | August 5, 2013 |
| Motion to Correct the Presentence Report | July 29, 2013 |
| Final Presentence Report filed and disclosed to counsel | July 22, 2013 |
| Informal written objections to Presentence Report | July 15, 2013 |

United States Probation Officer Scott Storey concurs with the proposed schedule.

Date: April 30, 2013        Signed:        /s/ Julie Salamon
                                           Julie A. Salamon
                                           Attorney for Alan Huey


Date: April 30, 2013        Signed:        /s/ Matthew Segal
                                           Matthew Segal
                                           Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Date: May 2, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT